In the Matter of the Claim of ANNA NEU, Respondent, against VAN REES BOOKBINDING CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued November 17, 1937; decided December 7, 1937.

*Frederick Behr* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Appeal dismissed, with costs, the order appealed from not being a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.